NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| NORMAN WALSH, on behalf of himself and others similarly situated, | : : : : | |
| Plaintiff, | : : | Civil Action No. 16-0753 (ES) (SCM) |
| v. | : : | ORDER |
| DEFENDERS, INC., et al., | : : | |
| Defendants. | : : | |

**SALAS, DISTRICT JUDGE**

The Court has reviewed Plaintiff's Objection and Magistrate Judge Mannion's R & R, and for the reasons stated in the R & R and Court's accompanying Opinion,

**IT IS** on this 15th day of November 2016,

**ORDERED** that this Court hereby ADOPTS Magistrate Judge Mannion's R & R (D.E. No. 27), in relevant part; and it is further

**ORDERED** that Plaintiff's motion to remand (D.E. No. 7) is DENIED; and it is further

**ORDERED** that the Clerk of Court shall terminate docket entry numbers 7 and 27.

*/s/ Esther Salas*
**Esther Salas, U.S.D.J.**