Not for Publication

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| NORMAN WALSH, on behalf of himself and others similarly situated, | Civil Action No. 16-0753 (ES) (SCM) |
| Plaintiff, | ORDER |
| v. | |
| DEFENDERS, INC., et al., | |
| Defendants. | |

**SALAS, DISTRICT JUDGE**

Pending before the Court is Plaintiff Norman Walsh's motion for reconsideration (D.E. No. 44) of this Court's Order denying remand (D.E. No. 39); and Defendants having opposed Plaintiff's motion (D.E. No. 51); and for the reasons set forth in the Court's accompanying Memorandum and for other good cause shown;

IT IS on this 25th day of January 2018,

**ORDERED** that Plaintiff's motion for reconsideration (D.E. No. 44) is GRANTED; and it is further

**ORDERED** that the Court's November 15th, 2016 Order (D.E. No. 39) is VACATED; and it is further

**ORDERED** that this matter is REMANDED to the Superior Court of New Jersey, Middlesex County.

*s/Esther Salas*
**Esther Salas, U.S.D.J.**